ALBERT J. BORO, JR. (CA Bar #126657)
*ajboro@boro-law.com*
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorney for Defendant
EBIN ROSALES-JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EBIN ROSALES-JIMENEZ,<br><br>    Defendant. | No. 22-CR-00355-JST<br><br>STIPULATION OF THE PARTIES TO CONTINUE CHANGE OF PLEA HEARING TO JANUARY 24, 2025 AND TO EXCLUDE TIME FROM JANUARY 10, 2025 TO JANUARY 24, 2025, AND ORDER<br><br>Court: Hon. Jon S. Tigar |

Defendant Ebin Rosales-Jimenez, by and through his Court-appointed attorney, Albert J. Boro, Jr., and Plaintiff United States of America, by and through its attorney, Assistant United States Attorney Kelsey C. Davidson, hereby stipulate and agree to the following:

1. At the December 6, 2024 status conference, the Court set this matter for a change of plea hearing on January 10, 2025, at 9:30 a.m. (Dkt. #72.) The Court ordered the time from December 6, 2024 to January 10, 2025, excluded under the Speedy Trial Act because failing to do so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, citing 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). (Dkt. #74.)

2. Because no Spanish-language interpreter is available on January 10, 2025, the Court continued the change of plea hearing to January 17, 2025, at 9:30 a.m. (Dkt. #75.) Counsel for

Mr. Rosales-Jimenez is not available on January 17, 2025 because he has a sentencing hearing that day at 10:00 a.m., in San Francisco, before Judge Trina L. Thompson of this District. Counsel for the Government and Mr. Rosales-Jimenez are available on January 24, 2025, and request that the Court continue the change of plea hearing for Mr. Rosales-Jimenez to Friday, January 24, 2025, at 9:30 a.m.

   3. The Government and counsel for Mr. Rosales-Jimenez agree that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced, and so that the parties can continue to negotiate a plea agreement to resolve the case. For this reason, the parties stipulate and agree that excluding time from January 10, 2025 to January 24, 2025 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 10, 2025 through January 24, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   IT IS SO STIPULATED.

Dated: January 8, 2025       BORO LAW FIRM

                */s/ Albert J. Boro, Jr.*
                ALBERT J. BORO, JR.

                Attorney for Defendant
                EBIN ROSALES-JIMENEZ

Dated: January 8, 2025       ISMAIL RAMSEY
                UNITED STATES ATTORNEY

                */s/ Kelsey C. Davidson\**
                KELSEY C. DAVIDSON
                Assistant United States Attorney

\* Signed with permission.

ORDER

For good cause shown, the Court continues the change of plea hearing for defendant Ebin Rosales-Jimenez to January 24, 2025, at 9:30 a.m. Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from January 10, 2025 through January 24, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 10, 2025 through January 24, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 10, 2025 through January 24, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: January 9, 2025

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE